## UNITED STATES of America, Plaintiff–Appellee,

v.

## Leonard Antonio ENRIQUEZ– VALDES, Defendant– Appellant.

### No. 05–13971 Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 11, 2006.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Richard L. Rosenbaum, Law Offices of Richard L. Rosenbaum, Fort Lauderdale, FL, for Defendant–Appellant.

Before BARKETT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, counsel for Leonard Antonio Enriquez–Valdes in this appeal after resentencing, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).[1] Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Valdes's sentences are **AFFIRMED**.

1. We previously affirmed Valdes's convictions, but vacated the judgment and remanded for resentencing. *See United States v. Garcia*, 405 F.3d 1260, 1265, 1274–76 (11th Cir. 2005).